UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

NICHOLAS SEPESKO

CRIMINAL NO. 3:22CR_3_____ JCH

VIOLATION:
18 U.S.C. § 1038(a)(1)
(False information and hoax)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(False information and hoax)

On or about November 18, 2020, in the District of Connecticut, the defendant NICHOLAS SEPESKO knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed and where such information indicated that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code; that is, the defendant knowingly mailed a stamped envelope with no return address that was addressed to a person, whose identity is known, in Wallingford, Connecticut containing a white, powdery substance and a piece of paper with handwritten threatening words, including "How about some Rat Poison? Or some other highly toxic chemical for you to touch or breath it in the envelope and letter you just touched? Ricen [sic]?" with the intent to convey the false and misleading information that the powder contained a biological agent and toxin, which conduct would constitute a violation of Chapter 10 of Title 18, United States Code, Section 175(a) – transfer and possession of a biological agent or

toxin for use as a weapon.

In violation of Title 18, United States Code, Section 1038(a)(1).

UNITED STATES OF AMERICA

LEONARD C BOYLE
UNITED STATES ATTORNEY

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY

2