UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
:
UNITED STATES OF AMERICA          :      Crim. No. 3:22 CR 003 (JCH)
:
v.                                :
:      January 11, 2022
NICHOLAS SEPESKO                  :
:
---------------------------------------------------X

## FINDINGS AND RECOMMENDATION

The captioned matter was referred to the undersigned by the Honorable Janet C. Hall, and a hearing was conducted, on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to enter into a Pre-Trial Diversion Waiver. The defendant was advised of his right to have the proceeding in person and, after a full consultation with his attorney, the defendant waived his right to an in-person proceeding and consented to proceed by Zoom. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the Waiver, I find the following:

- that Mr. Sepesko is competent to waive the rights addressed by the Waiver;
- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding;
- that he understands the charge against him;
- that he knows of his right to have the government present the case to a Grand Jury and has knowingly and voluntarily waived his right to have the Government present the case to a Grand Jury;

- that he understands that he will not be able to withdraw his consent to the filing of the Information if the Pretrial Diversion Program is not successfully completed;

- that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, and the maximum potential fine that could be imposed if he fails to complete the Pretrial Diversion Program successfully and is subsequently tried and convicted on the charge in the Information;

- that he has read the terms of the Pretrial Diversion Agreement, had an opportunity to discuss the terms of the Agreement fully with Counsel, and that he understands the terms of the Agreement; and

- that his waiver of rights has been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's waiver of rights be accepted.

Dated this 11th day of January, 2022, at Hartford, Connecticut.

/s/ Robert A. Richardson

Robert A. Richardson
United States Magistrate Judge